**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIVON YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. **5:15-CV-01102-JGB-SP** <br><br> **ORDER REGARDING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

**ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED,** that the Complaint of KEIVON YOUNG ("Plaintiff"), against Defendants JUSTIN MUSELLA, and NICK TOLLEFSON in USDC case no. 5:15-CV-01102-JGB-SP is hereby dismissed against JUSTIN MUSELLA, and NICK TOLLEFSON, with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 13, 2017

Honorable Jesus G. Bernal
United States District Judge

5:15-CV-01102-JGB-SP

ORDER RE DISMISSAL OF ACTION